**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re:

    Red Hook Sign And Electric Corp.          Case No. 23-40016

                                                        Chapter: **7**

                                Debtor

---------------------------------------------------------------x

## **CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
## **E.D.N.Y LBR 1073-3**

Debtor states that there are no entities to report under this subdivision that directly or indirectly owns 10% or more of any class of the debtor's equity interests.

Dated: January 9, 2023
       New York, New York

                                                              Respectfully submitted.

                                                               /s/ Robert M. Fox_____
                                                               Robert M. Fox
                                                               Attorney for Debtor
                                                               630 Third Avenue, 18th Floor
                                                               New York, NY 10017
                                                               Tel: (212) 867-9595
                                                               Fax: (212)949-1857