# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 3/28/2023 |
| Case: 1−23−40016−nhl | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr        Gregory Messer       gremesser@aol.com
aty      Gregory Messer       gremesser@aol.com
aty      Robert M Fox        Robert@rfoxlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Red Hook Sign And Electric Corp.      195 Bush Street      Brooklyn, NY 11231
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn)     Alexander Hamilton Custom House     One Bowling Green, Room 510     New York, NY 10004−1408

TOTAL: 2